UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
                                                                      :
CALCANO,                                                              :
                                                                      :
                                                                      :
                                        Plaintiff,                    :
                                                                      :            19-cv-09819 (LJL)
            -v-                                                       :
                                                                      :                 ORDER
                                                                      :
SEPHORA USA, Inc.,                                                    :
                                                                      :
                                        Defendant.                    :
                                                                      :
----------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/18/2020

LEWIS J. LIMAN, United States District Judge:

        ORDERED that because plaintiff has timely filed an amended complaint, defendant's
previously filed motion to dismiss the original complaint (dkt. no. 11) is hereby DENIED as
moot. Defendant is directed to section 3(B) of my Individual Practices, available at
https://nysd.uscourts.gov/hon-lewis-j-liman, as to the options for responding to the amended
complaint.

        SO ORDERED.


Dated: February 18, 2020                        _____
       New York, New York                                  LEWIS J. LIMAN
                                                        United States District Judge