UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CALCANO,

                      Plaintiff,

      -v-

SEPHORA USA, INC.,

                      Defendant.
------------------------------------------------------------------X

19-cv-09819 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

      Parties are advised that the order denying as moot Defendant's first motion to dismiss (Dkt. No. 19) shall have no effect on the schedule previously set by Judge Cott (Dkt. No. 10), which remains in effect.

      SO ORDERED.

Dated: February 19, 2020
       New York, New York

                                             LEWIS J. LIMAN
                                             United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/19/2020